IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20760-CMA-ALTONAGA-GOODMAN

DATAQUILL LIMITED,

      Plaintiff,

v.

BLU PRODUCTS, INC.

      Defendant.

**JOINT NOTICE OF SELECTION OF MEDIATOR AND MOTION FOR ENLARGEMENT TIME TO SUBMIT PROPOSED ORDER SCHEDULING MEDIATION**

In accordance with this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (D.E. 24), the Parties hereby notify the Court that they have agreed to a mediator, James M. Amend.

The Parties are working on coordinating the time, date, and location for mediation. Due to the number of anticipated attendees, the out-of-state location of attendees, and the Parties' efforts to consider current and anticipated future Covid-19 travel restrictions, the Parties seek an enlargement of time to submit the proposed order scheduling mediation. The Parties jointly request an additional thirty (30) days to submit the proposed order scheduling mediation, making the new deadline June 4, 2020.

      Dated May 6, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Christina Bredahl Gierke* | */s/ Bernard L. Egozi* |
| Christina Bredahl Gierke | Bernard L. Egozi |
| Florida Bar No. 0055462 | Florida Bar No. 152544 |
| Christina.Gierke@csklegal.com | begozi@egozilaw.com |
| Tel: 321-972-0025 | Yanina Zilberman |
| Fax: 321-972-0099 | Florida Bar No. 105665) |
| Tower Place, Suite 400 | yanina@egozilaw.com |
| 1900 Summit Tower Boulevard | 2999 NE 191 Street, Suite 407 |
| Orlando, Florida 32810 | Aventura, Florida 33180 |
| *Attorneys for Plaintiff DataQuill Limited* | Telephone: (305) 931-3000 |
| | Counsel for Defendant, BLU Products, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on May 6, 2020 on all counsel or parties of record on the Service List below.

      */s/ Christina Bredahl Gierke*
      *Attorneys for Plaintiff DataQuill Limited*

**Service List**

EGOZI & BENNETT, P.A.
Bernard L. Egozi
begozi@egozilaw.com
Yanina Zilberman
yanina@egozilaw.com
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
*Counsel for Defendant, BLU Products, Inc.*